750

No. 842. SIMMS OIL CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. J. Sterling Halstead, Edward Cornell, Harold C. McCollom,* and *Roger Hinds* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Carlton Fox* for respondent.

No. 848. KRETNI DEVELOPMENT CO. *v.* CONSOLIDATED OIL CORP. ET AL. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. N. E. Corthell* and *A. W. McCollough* for petitioner. *Mr. G. T. Stanford* for respondents.

No. 852. McDONOUGH ET AL. *v.* OWL DRUG CO., BANKRUPT, ET AL. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Samuel T. Bush* and *Herbert W. Erskine* for petitioners. *Messrs. John Francis Neylan, Bartley C. Crum, George B. Thatcher, Wm. Woodburn,* and *Clarence A. Shuey* for respondents.

No. 855. UNITED STATES *v.* ELLISON, ADMINISTRATRIX. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Reed* and *Messrs. Will G. Beardslee* and *Wilbur C. Pickett* for the United States. *Mr. Warren E. Miller* for respondent.